UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LAURICE EL BADRY RAHME LTD. d/b/a
LAURICE & CO.,

                         Plaintiff,

              -against-

MILANO PRIME, INC., et al.,

                      Defendants.

------------------------------------------------------------ x

1:22-cv-6085 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's notice of voluntary dismissal as to Defendant Milano Prime, Inc. ECF No. 11. Plaintiff is directed to file a letter clarifying whether it also seeks to dismiss the present action as to XYZ Companies 1-10 and John and Jane Does 1-10 by **October 24, 2022**.

**SO ORDERED.**

**Dated**:  October 19, 2022
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**